The People of the State of New York, Respondent, 
against
Debra Williams, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O.), rendered November 20, 2013, after a nonjury trial, convicting her of violating Administrative Code of the City of New York §16-122(c) and imposing sentence.




Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.), rendered November 20, 2013, reversed, on the law, accusatory instrument dismissed and fine, if paid, remitted.
Reversal of the judgment convicting defendant of obstructing the street by means of a motor vehicle and dismissal of that charge is mandated since, as the People concede, the allegations in the accusatory instrument were jurisdictionally insufficient to establish that defendant "left" or otherwise abandoned her vehicle (see Administrative Code of City of NY § 16-122[c]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT
I concur I concur
Decision Date: December 30, 2016